08CR558

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT the new case number 08 CR 558 was assigned in error; and

IT FURTHER APPEARING that the new case 08 CR 558 is a duplicate of an action previously filed under 08 CR 491 that is now assigned to the calendar of Judge Zagel of this court; therefore

IT IS HEREBY ORDERED that the assignment of 08 CR 558 to Judge Lefkow shall be vacated and that case number 08 CR 558 shall not be used for any other proceeding and all documents previously filed in 08 CR 558 shall be removed and filed in 08 CR 491.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Chief Judge James F. Holderman

Dated at Chicago this 22nd day of July, 2008.